AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
для the
Middle District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:93CR00310-009 |
| CLARENCE SMILEY ) | USM No: 09247-002 |
| Date of Previous Judgment: 03/04/1998 ) | N/A |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   X  DENIED.   ☐  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:    32              Amended Offense Level:    _____
Criminal History Category: II              Criminal History Category: _____
Previous Guideline Range: 240 to 240 months    Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X Other (explain):
   Defendant is not eligible for reduction. He was sentenced to the statutory mandatory minimun sentence.

**III. ADDITIONAL COMMENTS**

The Court has considered the factors set forth in 18 U.S.C. 3553(a) in making its reduction determination pursuant to 18 U.S.C. § 3582(c)(2)/Amendment 706.

Except as provided above, all provisions of the judgment dated  03/04/1998  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  4/22/2010

*Truman Hobbs*
Judge's signature

Effective Date: _____
(if different from order date)

TRUMAN HOBBS, SENIOR U.S. DISTRICT JUDGE
Printed name and title

